THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joseph Wade
 Hiott, Appellant.
 
 
 

Appeal From Berkeley County
 Kristi Lea Harrington, Circuit Court
Judge

Unpublished Opinion No.  2012-UP-258  
 Submitted April 2, 2012  Filed May 2,
2012

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Joseph
 Wade Hiott appeals his convictions of assault and battery, possession of a
 stolen vehicle, and failure to stop for blue lights, arguing the trial court
 erred in failing to declare a mistrial when the victim testified Hiott had
 recently been released from jail.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority: State v. Dunbar, 356 S.C. 138, 142,
 587 S.E.2d 691, 693-94 (2003) ("In order
 for an issue to be preserved for appellate review, it must have been raised to
 and ruled upon by the trial [court].  Issues not raised and ruled upon in the
 trial court will not be considered on appeal.").  
  AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.